United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Denise Brown, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-60523-Civ-Scola |
| | ) | |
| OTF LHP, LLC, Defendant | ) | |

### Order Administratively Closing Case Upon Notice Of Settlement

The Parties have settled this matter. (ECF No. 13.) The case will be administratively closed pending the Parties filing a stipulation of final dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or the Plaintiff moving for dismissal pursuant to Rule 41(a)(2). A stipulation of final dismissal, or a motion for dismissal, must be filed by **June 18, 2014**.[1] Additionally, the Plaintiff must submit a copy of the settlement agreement for the Court's approval.[2] *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982) (explaining that in an action brought pursuant to the Fair Labor Standards Act, the court must scrutinize the settlement agreement for fairness). The Clerk will **administratively close** this case. All pending motions, if any, are **denied** as moot.

**Done and Ordered** in chambers, at Miami, Florida, on May 21, 2014.

_____
**Robert N. Scola, Jr.**
**United States District Judge**

---

[1] If the parties file a stipulation of final dismissal pursuant to Rule 41(a)(1)(A)(ii) and they wish to have this Court retain jurisdiction to enforce any settlement agreement they have reached, the parties must include the following sentence in their stipulation of dismissal: "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case." This sentence is required because a joint stipulation of dismissal is otherwise self-executing and deprives the Court of jurisdiction to do anything further. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

[2] The Plaintiff may also submit additional materials to aid the Court in evaluating the fairness of the settlement agreement, including detailed time records of Plaintiffs' counsel, and a statement as to whether the settlement was negotiated globally, or whether the amount of attorneys' fees and costs were negotiated separately from any settlement payment to the Plaintiff.