## **SETTLEMENT AGREEMENT**

This Settlement Agreement (the "Agreement") is made and entered into on the date(s) reflected below by and between DENISE BROWN (referred to as "Plaintiff"), on the one hand, and OTF, LHP, LLC, a Florida limited liability company ("the Company"), on the other hand.

WHEREAS:

A. The Plaintiff previously was employed by the Company.

B. On or about March 2, 2014, the Plaintiff filed a lawsuit against the Company in the United States District Court, Southern District of Florida, styled *Denise Brown v. OTF LHP, LLC*, Case No. 0:14-cv-60523-RNS (the "Civil Action").

C. The Plaintiff claims that she is entitled to but did not receive from the Company certain compensation allegedly owed to her pursuant to the Fair Labor Standards Act of 1938, as amended (the "Alleged Compensation Amount").

D. The Company disputes and denies that the Plaintiff is entitled to receive the Alleged Compensation Amount or any part thereof.

E. There are bona fide disputes between the parties to whether the Plaintiff is entitled to receive the Alleged Compensation Amount or any part thereof.

F. The Company denies each and every material allegation set forth in the Civil Action, and denies having committed any wrong or causing any injury to the Plaintiff.

G. In order to avoid the further costs and burdens of litigation, the Company and the Plaintiff now desire to settle fully and finally any and all differences between them, including, but not limited to, those differences embodied in the Civil Action.

NOW, THEREFORE, the Company and the Plaintiff agree as follows:

1. The foregoing recitals constitute part of this Agreement.

2. In consideration of this Settlement Agreement and the mutual promises set forth herein, and in full, final and complete settlement, the Company shall cause to be paid to the Plaintiff and her attorneys, Militzok & Levy, P.A. ("Plaintiff's attorney"), the total gross amount of Two Thousand Five Hundred Dollars and No Cents ($2,500.00) (the "Settlement Amount"). Plaintiff shall receive the total gross amount of $630.00 for Plaintiff's alleged unpaid overtime compensation and Plaintiff's attorney shall receive the total gross and net amount of $1,870.00 (for attorney's fees and costs and additional consideration for this Agreement). The Settlement Amount shall be paid as follows:

   a. Within 10 business days of the District Court entering an order approving this Agreement and dismissing the Civil Action with prejudice:

      (i) a payroll style check made payable to Plaintiff in the gross sum of

      $315.00, less all applicable deductions and withholdings;

  (ii)  a non-payroll style check made payable to Plaintiff in the gross and net sum of $315.00, less all applicable deductions and withholdings;

  (iii)  a non-payroll style check made payable to Militzok & Levy, P.A. in the gross and net sum of $1,870.00, with no deductions or withholdings.

  b.  The payment set forth in Paragraph (2)(a)(i) above will be reported by the Company for tax purposes on form W-2 to be issued by the Company to the Plaintiff; and the Plaintiff agrees and understands that all applicable taxes shall be withheld from that payment.

  The payments set forth in Paragraph 2(a)(ii)-(iii) above will be reported by the Company for tax purposes on form 1099 to be issued to Plaintiff and Plaintiff's attorney (Plaintiff's attorney's tax ID number 02-0636140), and the Plaintiff agrees and understands that no taxes shall be withheld from these payments. The Plaintiff further represents, warrants, and acknowledges that the payment to Plaintiff's attorney set forth in Paragraph 2(a)(iii) above is entirely at her instigation and request both as to fact and amount, and for her convenience, and that the Company is not in any manner whatsoever involved in her request that such payments be so directed. The Plaintiff agrees and acknowledges that, between them, as allocated pursuant to applicable law, she will be solely responsible for the payment of any and all taxes with respect to the payments referenced in this Paragraph, and represents and warrants that such taxes will be timely and fully paid.

  Neither the Company nor Plaintiff make any representations as to the taxability of the amounts paid by the Company to the Plaintiff. The Plaintiff agrees to pay the employee, but not the employer, federal or state taxes, if any, which are required by law to be paid with respect to the Settlement Amounts. Moreover, the Plaintiff agrees to indemnify the Company and hold it harmless from any interest, taxes or penalties assessed against them by any governmental agency as a result of the non-payment of employee, but not employer, taxes on any amounts paid to the Plaintiff or Plaintiff's attorney under the terms of this Agreement.

  3.  The parties agree and acknowledge that there are good faith, bona fide disputes between the Company and the Plaintiff as to whether the Plaintiff is entitled to receive the Alleged Compensation Amount or any part thereof. The parties further agree and acknowledge that this Settlement Agreement represents a fair, reasonable, good faith and arms-length compromise of disputed issues and claims. Notwithstanding, Plaintiff represents, warrants, and agrees that the amounts paid by or on behalf of the Company pursuant to this Agreement represent payment-in-full of (a) the Alleged Compensation Amount; and (b) any and all others amounts, including but not limited to alleged unpaid wages, alleged liquidated damages, and costs and attorneys' fees, to which the Plaintiff claims or may claim entitlement as against the Company, including amounts pursuant to the Fair Labor Standards Act of 1938, as amended.

  5.  The parties agree and stipulate to the entry of an order approving this Settlement Agreement and dismissing the Civil Action with prejudice, and they agree to request that the District Court retain jurisdiction to enforce the terms of this Settlement Agreement, should such enforcement be necessary.

6. In the event that there is any litigation (including appellate proceedings or arbitration) arising out of or relating to this Agreement, the prevailing party shall recover, in addition to any and all other relief, her or its attorneys' fees and expenses.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

OTF, LHP, LLC

By: _____

Dated: _____

_____
DENISE BROWN

Dated: _____