United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Denise Brown, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-60523-Civ-Scola |
| | ) | |
| OTF LHP, LLC, Defendant | ) | |

### Final Order Of Dismissal With Prejudice

THIS MATTER is before the Court on the parties' Joint Motion For Approval of Settlement (ECF No. 18).  Having reviewed the record, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

Accordingly, it is **ordered and adjudged** that the settlement agreement is **approved**.  This case is **dismissed** with prejudice.  The Clerk will **close** this matter.  The Court reserves jurisdiction to enforce the parties' settlement agreement.

**Done and ordered** in chambers, at Miami, Florida, on August 12, 2014.

_____
**Robert N. Scola, Jr.**
**United States District Judge**